# FRAUDHURTS

## FAMILIES.

### The Owners' Advocate Helping Victims of Timeshare
### Fraud & Misrepresentation

EXHIBIT

B

The Owners' Advocate (TOA, LLC)
7984 Coley Davis Rd.
Nashville, Tennessee 37221

Pressured to purchase your timeshare?



Frustrated that you can't book desired dates and resorts?



Promised you could rent your timeshare for a profit?



Told your timeshare was a real estate investment?





The Owners' Advocate is the first professional consumer advocacy group to successfully effect the termination of hundreds of Timeshare and Vacation Ownership contracts both nationally and globally. We have recovered over $500,000.00 in actual monies refunded to our clients from Timeshare and Vacation Ownership companies; and that number continues to grow daily. Additionally, we have helped save our clients over $10,000,000.00 in contractually obligated debt.

## TESTIMONIALS




"The Owners' Advocate is there for you. It's hard to put into words how much we thank you for canceling our timeshare contract and, in many cases, facilitate a full refund of the money you've already paid out." – Pastor Tim & Louise Shupp

"I have received my refund from Wyndham. I would like to take this opportunity to sincerely thank you for your efforts in obtaining my membership cancellation and refund. I never want to hear the word 'timeshare' again!" – Larry & Molly Butler



"Just a short time after the negotiations process began, we were notified that we would be receiving a full refund of our entire original timeshare purchase price... over $24,000.00!" – Jesse & Ruth Aurand

## CONTACT US FOR YOUR FREE CONSULTATION!

**www.TheOwnersAdvocate.com**
The Owners' Advocate Helpline
Call us Toll-Free: 1-866-644-7776
Email: helpline@toa.me

**"Hablamos Espanol."**

The Owners' Advocate (TOA, LLC)
7984 Coley Davis Rd.
Nashville, Tennessee 37221

green BUSINESS

## HOW WE CAN HELP

If you have been a victim of timeshare fraud or misrepresentation, The Owners' Advocate will assist you with the cancellation of your timeshare contract and, in many cases, facilitate a full refund of the money you've already paid out.

If you feel like you've been tricked, misled, or conned into purchasing or upgrading a timeshare or vacation ownership, chances are you're right; but you're not alone. Did you know you are among thousands of owners in recent years that have been persuaded to purchase through blatant deceptive sales practices?

This is not your fault. You most likely believed you were doing something economically beneficial for yourself and your family, based on information provided to you at the sales presentation by the charismatic sales or "member services" representative who was well-versed in the art of gaining your trust.

Now you've probably wised up and you rue the day you got involved. You probably want to cut your loses and get out from under the burden of the monthly payments, increasing maintenance fees and assessments, but no one seems to be able to tell you how, or even if, you can.

By now, you've no doubt heard about "renting" or "selling" your timeshare as options to help you offset your costs. We strongly advise all consumers to use caution when approaching this market. The Owners' Advocate has received many complaints about companies soliciting consumers with promises of "quick and easy relief" from obligations associated with timeshare or vacation ownership. Often at a substantial financial loss, consumers find that they have been intentionally misled yet again.

Don't spend another minute battling your timeshare company alone; The Owners' Advocate has the line, resources, and knowledge to assist you in the cancellation of your timeshare contract.

## CREDENTIALS





www.USDOJ.gov    www.FTC.gov

Profeco
www.Profeco.com    www.TAG.LA

The Owners' Advocate is affiliated with a wide number of agencies serving the best interests of our citizens such as the Federal Trade Commission, the Departments and Commissions of Real Estate, the Attorneys General and Tourist Boards for all fifty states, as well as private agencies such as the Timeshare Rip-off Report and the Timeshare Accountability Group. They endorse our efforts to protect consumers from all walks of life who have been preyed upon by the Timeshare and Vacation Ownership Industry.



Call us today. With our free consultation and our 100% money-back guarantee, you have nothing to lose... except your timeshare contract.

**1-866-644-7776**

# CAUTION

# TIMESHARE FRAUD

# The Owners' Advocate

*"Helping Victims of Timeshare Fraud and Misrepresentation"*



## Do You Think You Have Been a Victim of Timeshare Fraud or Deceptive Sales Practices?



### You Have Rights!  Find Out Your Options!

## Join us for a Free Informational Seminar

**Date:** Every Monday – Friday in September
**Time:** 7pm – 8pm
**Location:** 7984 Coley Davis Rd., Nashville, TN 37221
**RSVP:** 1-866-644-7776, ext: 446 / Joanna@TOA.me

**Directions:** From Nashville – I-40W to exit 196, turn left onto Hwy 70, turn right onto Coley Davis Rd., turn left into Harpeth Spring Business Park. We are located in the first building on the right.

The Owners' Advocate is the first professional consumer advocacy group to successfully effect the termination of hundreds of Timeshare and Vacation Ownership contracts both nationally and globally. We have recovered over **$600,000.00** in actual monies refunded to our clients from Timeshare and Vacation Ownership companies and have helped save  our clients over **$10,000,000.00** in contractually obligated debt; these numbers continue to grow daily.



**www.TheOwnersAdvocate.com**