

# THE OWNERS' ADVOCATE

**SENT VIA US MAIL**

September 2, 2009

Melissa Sisneros
1618 Pine Bark Drive
Knoxville, TN 37931

    Re:  **Wyndham Lawsuit**

Ms. Sisneros:

I am writing this letter to you because I would like to speak with you regarding the lawsuit that was filed against you and Wyndham Vacations.

I would like for you to assist us in speaking against the resort in this suit and, in exchange for your honesty, we would be willing to speak to the plaintiffs about having you dropped as a defendant.

If the resort has provided an attorney for you, please let me know.

If this is something you would like to do, please call me as soon as possible so we can make the arrangements.

Sincerely,

Kurt W. Bartlett
Legal Affairs Manager
www.theownersadvocate.com
kurt@toa.me
866-644-7776

**EXHIBIT D**