IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09-00899 |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, DAVID HUMPHREY a/k/a SCOTT DAVIDSON, KURT W. BARTLETT, and KAY METKO, | ) ) ) ) ) ) ) ) | Judge Haynes |
| Defendants. | ) | |

_____

**MOTION FOR ENTRY OF ORDER AMENDING PRELIMINARY INJUNCTION**
_____

Plaintiff, Wyndham Vacation Resorts, Inc. (the "Plaintiff" or "Wyndham"), hereby moves the Court for entry of the attached Order Amending Preliminary Injunction.

Respectfully submitted,

/s/ *Courtney S. Gilmer*
Courtney H. Gilmer (BPR No. 22131)
William A. Lewis (BPR No. 27377)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
Tel. (615) 726-5747
Fax (615) 744-5747

*Attorneys for Wyndham Vacation Resorts, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

Trevor W. Howell
Regions Center, Eleventh Floor
P.O. Box 198888
Nashville, TN 37219

*Counsel for Defendant TOA, LLC*

David Humphrey
5318 Tidwell Hollow Road
Nashville, TN 37218

Kurt W. Bartlett
127 Rural Avenue
Nashville, TN 37209

Kay Metko
879 Dortch Lane
Nolensville, TN 37135

/s/ *Courtney H. Gilmer*
Courtney H. Gilmer