IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:09cv00899 ) |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, DAVID HUMPHREY a.k.a. SCOTT DAVIDSON, KURT W. BARTLETT and KAY METKO, | ) JUDGE HAYNES ) ) JURY DEMAND ) ) ) ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

Comes now TOA, LLC d/b/a The Owners' Advocate, a Chapter 7 debtor and states as follows:

TOA, LLC d/b/a The Owners' Advocate, suggests upon the record that it filed a voluntary petition in bankruptcy under Chapter 7 of Title 11 of the United States Code on December 7, 2009, commencing a bankruptcy case pending in the United States Bankruptcy Court for the Central District of California, Santa Barbara Division, and docketed as Case No. 9:09-bk-15116-RR. A copy of the Notice of the filing of the bankruptcy is attached hereto and incorporated by reference herein as **Exhibit 1**.

By operation of law commencing on the date of the filing of the bankruptcy all of the debtor's non-exempt assets became the property of its Chapter 7 Trustee, Sandra McBeth.

The above-styled civil action to the extent it concerns TOA, LLC d/b/a The Owners' Advocate, is automatically stayed pursuant to the provisions of 11 U.S.C. § 362.

Dated this 8th day of December, 2009.

> Respectfully submitted,
>
> TREVOR W. HOWELL, ESQ.
>
> */s/ Trevor W. Howell*
> Trevor W. Howell, #9496
> Regions Center, Eleventh Floor
> P. O. Box 198888
> Nashville, TN 37219-8888
> (615) 244-4994 (Telephone)
> (615) 256-6339 (Facsimile)
> THowell@gsrm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically transmitted the above and foregoing **Suggestion of Bankruptcy** to the Clerk of the Court using the CM/ECF System for filing and that true and correct copies of the foregoing have been served through the Court's ECF filing system as follows:

> Courtney H. Gilmer
> William A. Lewis
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> Baker Donelson Center
> 211 Commerce Street, Suite 1000
> Nashville, TN 37201

> Christopher W. Cardwell
> Gullett, Sanford, Robinson & Martin, PLLC
> P. O. Box 198888
> Nashville, TN 37219-8888

> */s/ Trevor W. Howell*
> Trevor W. Howell