# Timeshare Sales Today / IA Vacations
10462 Roosevelt Blvd St Petersburg, FL 33716
1-888-226-1055

## Service Contract

The parties to this contract are ___Leah & Wayne Wagner___ (hereinafter referred to as "CLIENT"), and The Owners Advocate, LLC, and such of their agents and employees as they may use, (hereinafter referred to as "TOA");

### 1. SCOPE OF SERVICE
TOA, in exchange for the compensation paid by CLIENT under this contract, agrees to provide the following services:

- Utilizing documents and information supplied by you the client, including but not limited to your purchase agreement and/or contract, sworn testimony, and authorization letter, TOA will, for a flat fee of **$3,500.00** per contract, compile a case file and produce the necessary documentation to permanently effect the termination of your agreement to purchase a timeshare, vacation club, vacation ownership, etc. In addition, TOA will make every effort to recover lost funds for you, the client, in exchange for a commission per the commission schedule set forth in Commission Schedule A.

- TOA will be responsible for producing and transmitting the cancellation documentation to the merchant in question on behalf of you, the client. After verifying the receipt of the documentation by said merchant, TOA agrees to continue to act on behalf of you, the client, through to resolution, by following up, negotiating, and utilizing any and all means at our disposal including but not limited to corroborating testimonies from past clients, proprietary data of patterns and trends established by TOA, government agencies including but not limited to the Federal Trade Commission, the respective state's Attorney General's Office, the Department of Real Estate, PROFECO, and other media resources.

- In addition to the aforementioned, TOA agrees to provide, *as a free service*, education and resources to navigate you, the client, through any of, but not limited to, the following personal credit protection procedures: dispute notification and resolution with Credit Card Companies, cease and desist orders for Collections Agencies, revocation of authorized automatic withdrawals, and dispute notification for negative credit reporting.

### 2. TERM OF CONTRACT
TOA will continue to negotiate the release or termination of your timeshare contract until resolution or completion.

### 3. COMPENSATION
TOA shall bill CLIENT at the rate of $3,500.00 for this total service.

### 4. TERMINATION OF CONTRACT
Cancellation of this contract may be initiated by either party through written notice to the other party at least 30 days prior to the date of cancellation.

- CLIENT agrees to cooperate fully and completely with TOA during TOA's representation of CLIENT. CLIENT hereby agrees that, if such cooperation with TOA is withheld, TOA may, at its option, either individually or collectively, terminate affiliation by notice in writing to CLIENT. If so notified, CLIENT shall immediately pay TOA all fees, costs and expenses incurred and any amounts due to others.

- CLIENT has the right to terminate this agreement by notice in writing to TOA. Once canceled, client is entitled to a refund of all unused portions of the fee notwithstanding the retainer fee at the discretion of TOA.

EXHIBIT C

## 5. FORCE MAJEURE
TOA will not be held responsible for delay or default caused by fire, riot, acts of God or war if the event is beyond TOA's reasonable control and TOA gives notice to CLIENT immediately upon occurrence of the event causing the delay or default or that is reasonably expected to cause a delay or default.

## 6. MERGER AND MODIFICATION
This contract constitutes the entire agreement between the parties. There are no understandings, agreements, or representations, oral or written, not specified within this contract. This contract may not be modified, supplemented or amended, in any manner, except by written agreement signed by both parties.

## 7. SEVERABILITY
If any term of this contract is declared by a court having jurisdiction to be illegal or unenforceable, the validity of the remaining terms must not be affected, and, if possible, the rights and obligations of the parties are to be construed and enforced as if the contract did not contain that term.

## 8. NOTICE
All notices or other communications required under this contract must be given by registered or certified mail and are complete on the date mailed when addressed to the parties at the following addresses:

| Timeshare Sales Today | TOA | Leah & Wayne Wagner |
|---|---|---|
|  |  | 2899 Villa Court |
| 10462 Roosevelt Blvd | 7984 Coley Davis Rd #101 | Bettendorf, IA 52722 |
|  |  | 563-514-5556 |
| St Petersburg, FL 33716 | Nashville, TN 37221 | 563-676-2286 |

## 9. APPLICABLE LAW AND VENUE
This contract is governed by and construed in accordance with the laws of the State of Tennessee.

## 10. ALTERNATIVE DISPUTE RESOLUTION – ARBITRATION AS EXCLUSIVE REMEDY
CLIENT and TOA hereby agree that any dispute, controversy, or claim arising out of or relating to this contract, its creation, interpretation, or the breach, termination of validity thereof, or any related matter involving the use of these services, regardless of whether the dispute arises or is made before, during, or after the use of these services, regardless of whether the dispute or claim is based on contract, tort, statute, regulation, rule or otherwise, shall be governed by Tennessee law and resolved exclusively and finally by binding arbitration administered by the American Arbitration Association (AAA) under its Commercial Rules, such arbitration to be held in the State of Tennessee. Any decision rendered in such arbitration proceedings will be final and binding on each of the parties, and judgment may be entered thereon in a court of competent jurisdiction. CLIENT understands and agrees that the arbitrator shall not award injunctive relief, exemplary, consequential, punitive, incidental, or indirect damages, or attorney's fees and each party irrevocably waives any such right to obtain such relief or recover such damages.

**Arbitration shall be the exclusive remedy; both parties hereby expressly agreeing not to sue the other or pursue any dispute or claim in any federal, state, or local court or any other forum. The parties' obligation to use binding arbitration, as the sole and exclusive means of resolving any and all demands or claims is an independent covenant and shall survive the termination of this contract and continue after the conclusion of CLIENT'S relationship with TOA.**

**Waiver Of Right To Trial By Jury:** Both parties hereby waive their respective right to a trial by jury and further agree not to request a trial by jury in any proceeding.

**Waiver Of Right To File Or Participate In Class Action:** Both parties hereby waive any right either may have now or in the future to file or participate in any class action of any kind, against one another, concerning any matter based on contract, tort, statutes, regulations, ordinances, or any other basis.

**Indemnification:** In the event either party breaches this agreement by not complying with the arbitration provisions or otherwise attempting to violate the jury trial or class action waiver, the breaching party agrees to indemnify, defend and hold harmless the non-breaching party for all attorneys fees and disbursements at all trial and appellate levels incurred to defend such action and to enforce these provisions. The arbitration and waiver of jury trial and class action provisions shall be irrevocable unless waived specifically in writing signed by the parties.

## 11. CONSTRUCTION
This agreement shall not be construed against one party or the other, solely because it may have been drafted initially by that party or otherwise.

## 12. BINDING EFFECT
This agreement shall be binding upon and inure to the benefit of the parties and their respective personal representatives, heirs, successors and assigns.

## 13. EXECUTION OF NECESSARY DOCUMENTS
Each party shall, upon the request of the other, execute and re-execute, acknowledge and deliver this Agreement and any and all papers or documents or other instruments, as may be reasonably necessary to implement the terms of hereof with any formalities as may be required and, otherwise, shall cooperate to fulfill the terms hereof and enable the other parties to effectuate any of the provisions of this agreement.

## 14. COUNTERPARTS
This agreement may be signed via facsimile in counterparts, all of which shall constitute one original agreement.

## 15. CONFIDENTIALITY
TOA agrees not to use or disclose any information it receives from CLIENT under this contract that CLIENT has previously identified as confidential or exempt from mandatory public disclosure except as necessary to carry out the purposes of this contract or as authorized in advance by CLIENT. CLIENT agrees not to disclose any information it receives from TOA that TOA has previously identified as confidential and that CLIENT determines in its sole discretion is protected from mandatory public disclosure under Tennessee law. The duty of CLIENT and TOA to maintain confidentiality of information under this section continues beyond the term of this contract, or any extensions or renewals of it.

## 16. WORK PRODUCT, EQUIPMENT AND MATERIALS
All work product, equipment or materials created under this contract belong to TOA and must be delivered to TOA at TOA's request upon termination of this contract. CLIENT agrees that all materials prepared under this contract are not "works for hire" within the meaning of the copyright laws of the United States and assigns to TOA all rights and interests CLIENT may have in the materials it prepares under this contract, including any right to derivative use of the material.

## 17. WARRANTY
TOA guarantees the provision of service as designated in Section 1, including the termination of your contract. Should TOA not secure the termination, rescission, release, or cancellation of your contract, as set forth in Section 1, TOA will refund 100% of your money. All timeshare contract cancellations occurring after date entering this contract constitutes a release secured by TOA.

## 18. REFUND POLICY

Should TOA fail to deliver the promised services set forth in Section 1 you, the client, will be entitled to a 100% refund. Should you, the client, enter into a contract for services and request a cancellation of services while any portion of Section 1 is in the process of being completed, you will be granted a refund of a percentage of the total purchase price equal to the percentage of work not yet completed at the discretion of TOA.

### 19. DISCLAIMER
TOA has not, does not, and will not represent itself as a law firm. TOA works with consumer rights protection groups providing assistance and resources to consumers battling fraud and misrepresentation within the timeshare industry. We monitor, investigate and expose timeshare companies that fail to comply with the laws governing the rights of consumers. This document and all subsequent communication from TOA contain strictly confidential material. No unauthorized use of these copyrighted materials is permitted under penalty of law.

### 20. PAYMENT AS ACCEPTANCE

CLIENT agrees that this contract becomes binding by both parties once initial payment has been made and received.

**COMMISSION SCHEDULE A:**

**Monies Recovered for Clients / Percentage to TOA**

| | |
|---|---|
| $0 to $2,000 | 25% |
| $2,001 - $5,000 | 20% |
| $5,001 - $9,999 | 15% |
| >$10,000 | 10% up to maximum of $2,500 |

Client Signature: _Wayne A. Wagner and Leah Wagner_   Date: 9/29/2009

# TIMESHARE SALES TODAY
## Timeshare Giveback Program

### Owner Info

Name: Leah Wagner

Full Address: 2899 Villa Court, Bettendorf, IA 52722

Home: 563-514-5556

Fax #:

Cell #: 563-676-2286

E-Mail Address: lwagner364@aol.com

### Resort Info

Resort Name: Wyndham Bonnet Creek

Full Address: 9560 Via Encinas, Lake Buena Vista, FL 32830

Resort Member #: 00010470416

```
VACATION REGISTER
10462 ROOSEVELT BLVD N
ST PETERSBURG, FL. 33716-3918
727-209-9570
Merchant ID: 000253793
Term ID: 087542000000253790

Phone Order

xxxxxxxxxxxx1004
AMEX                Entry Method: Manual
Total:              $    3,500.00
09/29/09                 20:59:33
Inv #: 000000      Appr Code: 257026
Approvd: Online
AVS Code: ZIP MATCH Z
CVV2 Code: MATCH M

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X  Leah Wagner

Merchant Copy
THANK YOU!
```

I acknowledge that I have read, signed, and agree to all terms of the Service Contract.

## TIMESHARE GIVEBACK PROGRAM
## $3500.00
### CREDIT CARD AUTHORIZATION FORM

Credit Card Type: __AMEX__  Credit Card #: __3772-209-738-91004__   Expiration: __10/10__  Billed: $ __$3,500.00__

Cardholder Signature: _Leah D Wagner_     Date: _9/29/09_

### Timeshare Sales Today

10462 Roosevelt Blvd – St. Petersburg, Florida 33716       1-888-226-1055       License Number: TC 3201

---

**Internal Use Only**

Representative: _____       Program #: _____