

# The Owners' Advocate
HELPING VICTIMS OF TIMESHARE FRAUD & MISREPRESENTATION

Free Consultation | Toll Free | 1-877-762-5941

HOME | SERVICES | SUCCESS STORIES | ABOUT US | RESORT COMPLAINTS | INDUSTRY NEWS | CONTACT US

TOTAL CLIENT DEBT ELIMINATED $ _____ | 2010 TOA TICKER | CANCELLED CONTRACT CLIENT REFUNDS $ _____

## CONSUMER RESOURCES

  


Profeco

The Owners' Advocate is the first and only professional consumer advocacy group to successfully effect the termination of hundreds of Timeshare and Vacation Ownership contracts nationally and globally. We have recovered over $500,000.00 in actual monies refunded to our clients from Timeshare and Vacation Ownership companies, and that number continues to grow daily. Additionally, we have helped save our clients over **$10,000,000.00** in contractually obligated debt.

The Owners' Advocate proudly aligns itself with the Federal Trade Commission, Attorneys General, Departments and Commissions of Real Estate, as well as any other government agencies that may have jurisdiction in a dispute. We have successfully negotiated disputes internationally from Mexico to Belize, by working in conjunction with the prevailing government authorities. Ultimately, our organization seeks strong regulation of deceptive sales practices within the Timeshare and Vacation Ownership Industry so that consumers are protected and their rights are assured.

## CONSUMER ALERTS

SCAM ALERT

FORUM WARNING



## RESORT COMPLAINTS

The Owners' Advocate has helped consumers get out of Timeshare contracts from 120 different resort companies located in the United States, Canada, Mexico, Puerto Rico, the Caribbean, Europe and Asia; and is regularly adding new resorts and new countries.



**Below are the TOA Dirty Dozen. These are the top twelve worst Timeshare companies** based on continued allegations of fraud and misrepresentation from dissatisfied Timeshare Owners. **Click on a company to read our clients' first hand accounts of their outrageous experiences there.** If any of it sounds familiar to you, contact us for your Free Consultation and we'll help you get your Timeshare contract cancelled.

If your resort is not listed in the **TOA Dirty Dozen**, use our search engine to find complaints about your resort by typing in the first few letters of your resort or the Timeshare company name.

[ Search ]

### TOA'S DIRTY DOZEN

Based on complaints received by dissatisfied timeshare owners

1. Wyndham Vacation Ownership
2. Bluegreen Vacations
3. Island One Resorts
4. Gold Key Resorts
5. Silver Lakes Vacation Club
6. El Cid Resorts
7. The Berkley Group
8. Westgate Resorts, Ltd.
9. Shell Vacations Club
10. Consolidated Resorts, Inc.
11. Royal Holiday Club
12. Sunset Group

**EXHIBIT D**

## CONTACT US



Hours of Operation
Monday - Friday
9:00 am to 9:00 pm
Saturday
10:00 am - 2:00 pm

FREE CONSULTATION
1-877-762-5941

### QUICK CONTACT

NAME:*

EMAIL:*

TEL:

HOW CAN WE HELP YOU?

gkbz9c

SECURITY CODE:*

*Required Fields

SEND



**Pastor Tim & Louise Shupp**
"What a pleasant surprise to read from the timeshare company. 'We are canceling the contract and will be refunding all monies paid'. Thank you The Owners' Advocate!"



**Molly & Larry Butler**



### TIMESHARE NEWS

**The Owners' Advocate Stands Up for Consumer Protection against the Credit Card Giants**
The Owners' Advocate is committed to protecting consumer rights; to giving a voice to those who have experienced fraud and ...
| Read More |

**"Start As You Mean to Go On"; A Lesson in Conscience and Character**
During a recent search of current articles and information on the Timeshare and Vacation Ownership Industry, I stumbled across a ...
| Read More |



### TELEVISION & VIDEO REPORTS





### AUDIO TESTIMONIAL



| Listen to All Testimonials |

---

"I have received my refund from Wyndham. I would like to take this opportunity to sincerely thank you for your efforts in obtaining my membership cancellation and refund. I never want to hear the word 'Timeshare' again!"



**Ruth & Jesse Aurand**
"Just a short time after the negotiations process began, we were notified that we would be receiving a full refund of our original timeshare purchase price, over $24,000!"



**Timothy & Carolyn Black**
"The Owners' Advocate actually worked. We don't have to pay for our timeshare anymore and there's nothing on our credit report anymore."



**Keith & Joann Askew**
"The Owners' Advocate was able to effect a settlement for us that we are just thrilled with."



**Kelley & Donna Morton**
"The Owners' Advocate empowered me to stand up for what I think is right and it was the best thing I ever did."



---