**David Humphrey**

| | |
|---|---|
| **From:** | IA Vacations [iavacations@hotmail.com] |
| **Sent:** | Thursday, October 01, 2009 4:02 PM |
| **To:** | IAV; Krystal Miller |
| **Cc:** | iavacations@hotmail.com |
| **Subject:** | Advocate contract |
| **Attachments:** | 2009-10-01-1337-02.jpg; 2009-10-01-1337-43.jpg; 2009-10-01-1338-26.jpg; 2009-10-01-1339-07.jpg; 2009-10-01-1339-53.jpg |

Krystal,
  Hre is one more for today Wagner. It is also coming in the mail with check and contract.
thanks
Chad

EXHIBIT
6

## Client Information

| Field | Value |
|---|---|
| Advocate: | |
| Date and Time of Call: | 10-1-09 IAV EMAIL |
| Name1: First | Leah |
| Name1: Last | Wagner |
| Name2: First | Wayne |
| Name2: Last | Wagner |
| Street Address: | 2899 Villa Court |
| City: | Bettendorf |
| State: | Iowa |
| Zip: | 52722 |
| Phone: | 563-514-5556 |
| Cel Phone: | 563-676-2286 |
| Email: | lwagner364@aol.com |
| Do you have a copy of your contract? | |
| Where did you purchase your timeshare? | Bonnet Creek |
| Date on Sales Contract: | |
| Timeshare Company Name: | Wyndham |

## Client Information

| IAV | Notes | | | | | | | | | | | member number 000104704l6 | upgraded TWICE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ctrl t (for date and time) | | | | | | | | | | | | | | auto withdrawal generally first of month |

Customer Service Phone/Case Log:

| Date | Items discussed | Next Action Item | Due Date | Date Completed |
|---|---|---|---|---|
| 10/1/2009 | welcome pack emailed.WAITING ON PAYMENT FROM IAV | | | |
| 10/2/2009 | spoke to Leah.she hasn't cked her emails.please ck spam junk | | | |
| 10/3/2009 | PROACTIVE.called leah to f/u with welcome pkg.she is great!! | | | |
| 10/5/2009 | Wanted to know if she needed to fax the resort contract to | | | |
| 10/5/2009 | trying to fax contract.having some issues.asked for | | | |
| 10/6/2009 | we did get Leah's resort contract and her Testi | | | |
| 10/8/2009 | emailing client LPOA and Aff | | | |
| 10/13/2009 | rec'd notarized docs; SA is only partial, need to resend | | | |

# David Humphrey

**From:** Taylor Monroe on behalf of IAV
**Sent:** Thursday, October 01, 2009 4:32 PM
**To:** 'lwagner364@aol.com'
**Subject:** The Owners Advocate
**Attachments:** Instructional Checklist.pdf; Follow These Steps.zip; FREE Templates.zip

Dear Leah and Wayne,

Congratulations on retaining The Owners' Advocate, (TOA, LLC), an affiliate of IA Vacations the only agency in the country specifically committed to providing assistance and resources to consumers battling fraud and misrepresentation in the timeshare industry. We have opened a Case File in your name (LEAH WAGNER) and you have now joined the ranks of hundreds of consumers who have successfully disputed and cancelled their timeshare contracts with our assistance.

We have put together an "Instructional Checklist" (attached) for you to follow. It contains step by step instructions as well as an explanation of the entire process. Start by opening the "Instructional Checklist" attachment and it will guide you through the 5 simple steps you need to take. Depending on the parameters of your case you may or may not have to complete each step. By reading the Instructional Checklist it will become very clear which steps pertain to you.

Your Case File is being handled by a team of trained professionals. Your contact from this point forward is our Customer Care Department. If you have any questions regarding your case, feel free to call or email. Customer Care will help navigate you through the process and provide support and updates as your case moves toward a resolution.

We look forward to serving you.


Kind Regards,

Customer Care
The Owner's Advocate
iav@toa.me
Phone: 888-535-0324
Fax: 866-998-9796
Please send documents to: documents@toa.me

Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is explicitly for the use of the intended recipient, and is the property of **The Owners' Advocate** or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.