eNom, Inc.
15801 NE 24th St.
Bellevue, WA 98008 USA

April 29, 2010

Courtney H. Gilmer
Baker Donelson Bearman Caldwell & Berkowitz, PC
211 Commerce Street
Suite 800
Nashville, TN 37201

RE: takingontimeshare.com

Per the request received by eNom, Inc., I have enclosed the requested information

These are true and accurate records that are kept in our normal course of business. Do not hesitate to contact me if you have questions.

Sincerely,

*Carolyn Mitchell*
Carolyn Mitchell
Director of Compliance
Custodian of Records
425-274-4500 x 4251
Carolyn.Mitchell@enom.com

| DomainName | Time | ContactType | Type | ContactInfo--> | | | |
|---|---|---|---|---|---|---|---|
| takingontimeshare.com | 10/16/09 2:13 PM | Billing | | Data Networking Solutions | President | David | Humphrey |

## Order History

| Domain Name | Date | Order ID | Order Type | Year/Qty | Amount | Login ID |
|---|---|---|---|---|---|---|
| takingontimeshare.com | 10/16/2009 14:13 | 199426869 | Register | 1 | $12.95 | Advocate67 |
| takingontimeshare.com | 10/16/2009 14:13 | 199426869 | ID Protect | 1 | $3.00 | Advocate67 |

5318 Tidwell Hollow Rd  Nashville  TN  37218   US  +1.6155172434   david@datanetworkingsolutions.com

| Organizati | JobTitle | FName | LName | Address1 | Address2 | City | StateProvi | StateProvi | PostalCod | Country | Phone | Fax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | - |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | | 37218 | US | 1.615664 | |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| TOA | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | IT Manage | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | Grand Pu | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | Grand Poo | Ryan | Lear | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615664 | |
| Data Netw | President | David | Humphrey | 5318 Tidwell Hollow R | | Nashville | TN | S | 37218 | US | 1.615517 | |

| EmailAddr | Account | Comment | ChangeDate |
|---|---|---|---|
| it@toa.me | 558-vm-51 | NULL | 4/16/2009 |
| it@toa.me | 558-vm-51 | NULL | 4/16/2009 |
| it@toa.me | 558-vm-51 | NULL | 5/29/2009 |
| it@toa.me | 558-vm-51 | NULL | 5/29/2009 |
| it@toa.me | 558-vm-51 | NULL | 12/3/2009 |
| it@toa.me | 558-vm-51 | NULL | 12/14/2009 |
| it@toa.me | 558-vm-51 | NULL | 12/14/2009 |
| it@toa.me | 558-vm-51 | NULL | 12/19/2009 |
| it@toa.me | 558-vm-51 | NULL | 12/29/2009 |
| it@datanet | 558-vm-51 | NULL | 12/29/2009 |
| it@datanet | 558-vm-51 | NULL | 12/30/2009 |
| it@datanet | 558-vm-51 | NULL | 2/9/2010 |
| it@datanet | 558-vm-51 | NULL | 2/11/2010 |
| it@datanet | 558-vm-51 | NULL | 3/18/2010 |
| ryan@data | 558-vm-51 | NULL | 3/18/2010 |
| ryan@data | 558-vm-51 | NULL | 3/30/2010 |
| david@dat | 558-vm-51 | NULL | 4/5/2010 |