**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

FILED

2010 JAN 29 AM 9: 47

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| WYNDHAM VACATION<br>RESORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-00899 |
| | ) | |
| TOA, LLC d/b/a THE OWNERS'<br>ADVOCATE,<br>DAVID HUMPHREY<br>a/k/a SCOTT DAVIDSON,<br>KURT W. BARTLETT,<br>and KAY METKO, | ) | Judge Haynes |
| | ) | |
| Defendants. | ) | |

*[handwritten: For the reasons and pending in the orders granting injunctive relief, this motion is DENIED.]*

**DEFENDANT DAVID HUMPHREY'S MOTION TO DISMISS COUNTS ONE, TWO, FOUR, FIVE, SIX, SEVEN AND EIGHT OF WYNDHAM VACATION RESORTS, INC.'S COMPLAINT**

*[handwritten: 6-15-10]*

Defendant David S. Humphrey ("Defendant or Humphrey"), pursuant to Federal Rules of Civil Procedure 12(b)(6), or alternatively Rule 12(c), hereby moves this Court to dismiss Counts One, Two, Four, Five, Six, Seven and Eight of the Complaint for failure to state a claim. As set forth in more detail in the supporting memorandum, Plaintiff cannot prevail on its claims against Humphrey for violations alleged. In support of this motion, Humphrey relies upon his Memorandum of Law in Support of Motion to Dismiss submitted concurrently herewith.

Respectfully submitted,

*/s/ David S. Humphrey*
David S. Humphrey
5318 Tidwell Hollow Road
Nashville, Tennessee 37218
Tel: (866) 644-7776, ext. 212

*Pro Se*