IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

2010 FEB -8 PM 2:53

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09-00899 |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, DAVID HUMPHREY a/k/a SCOTT DAVIDSON, KURT W. BARTLETT, and KAY METKO, | ) ) ) ) ) ) ) ) | Judge Haynes |
| Defendants. | ) | |

## DEFENDANT KURT W. BARTLETT'S MOTION TO DISMISS COUNT THREE OF WYNDHAM VACATION RESORTS, INC.'S COMPLAINT

Defendant Kurt W. Bartlett ("Defendant or Bartlett"), pursuant to Federal Rules of Civil Procedure 12(b)(6), or alternatively Rule 12(c), hereby moves this Court to dismiss Count Three of the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted. As set forth in more detail in the supporting memorandum, Plaintiff cannot prevail on its claim for the unauthorized practice of law against Bartlett because Plaintiff lacks Authority or Standing to bring such a claim. In support of this motion, Bartlett relies upon his Memorandum of Law in Support of Motion to Dismiss submitted concurrently herewith.

Respectfully submitted,

_[signature]_

Kurt W. Bartlett
127 Rural Avenue
Nashville, Tennessee 37209
615-479-0550

*Pro Se*

[Handwritten annotation: "OWBSH / For the reasons stated in the pending / for the orders granting / injunctive relief, this motion is DENIED. / [signature] / 6-15-10"]