IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2010 JUN 21 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09-00899 |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, DAVID HUMPHREY a/k/a SCOTT DAVIDSON, KURT W. BARTLETT, and KAY METKO, | ) ) ) ) ) ) ) ) | Judge Haynes |
| Defendants. | ) ) | |

## DEFENDANT KURT W. BARTLETT'S MOTION TO DISMISS COUNT FOUR OF WYNDHAM VACATION RESORTS, INC.'S COMPLAINT

Defendant Kurt W. Bartlett ("Defendant or Bartlett"), pursuant to Federal Rules of Civil Procedure 12(b)(6), or alternatively Rule 12(c), hereby moves this Court to dismiss Count Four of the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted. As set forth in more detail in the supporting memorandum, Plaintiff cannot prevail on its claim for the Intentional Interference with Business Relations against Bartlett because the claim lacks merit. In support of this motion, Bartlett relies upon his Memorandum of Law in Support of Motion to Dismiss submitted concurrently herewith.

Respectfully submitted,

Kurt W. Bartlett
127 Rural Avenue
Nashville, Tennessee 37209
615-479-0550

*Pro Se*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the ___21___ day of June, 2010, a true and exact copy of the foregoing MOTION TO DISMISS has been forwarded by regular US Mail, postage prepaid, to the persons listed below:

Courtney H. Gilmer, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Baker Donelson Center
211 Commerce Street
Suite 1000
Nashville, Tennessee 37201

David S. Humphrey
5318 Tidwell Hollow Road
Nashville, Tennessee 37218

TOA, LLC
7984 Coley Davis Road
Suite A
Nashville, Tennessee 37221

Kay Metko
879 Dortch Lane
Nolensville, Tennessee 37135

_____
KURT W. BARTLETT