IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 09-00899 ) |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, DAVID HUMPHREY a/k/a SCOTT DAVIDSON, KURT W. BARTLETT, and KAY METKO, | ) Judge Haynes ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT

Plaintiff, Wyndham Vacation Resorts, Inc. (the "Plaintiff" or "Wyndham"), submits this Motion to Show Cause Why Defendants Should Not Be Held in Contempt (the "Motion") and requests that this Court enter an order requiring Defendants TOA, LLC d/b/a The Owners' Advocate ("TOA")[1] and David Humphrey ("Humphrey"), to show cause why they should not be held in contempt of court for their noncompliance with the temporary restraining order (the "TRO") issued by this Court on September 29, 2009, the preliminary injunction (the "Injunction") issued by this Court on October 13, 2009, and the Order Amending Preliminary Injunction (the "Amended Injunction") entered on November 16, 2009. In support of this

*[Handwritten annotation on right side:]* ORDER This motion is GRANTED. The hearing is set for July 23, 2010 at 2:30 p.m. The parties shall file proposed findings of fact and conclusions of law on or prior to the hearing. /s/ [signature] 6-29-10

---

[1] On December 8, 2009, Defendant TOA filed a "Suggestion of Bankruptcy." [Docket Entry No. 87]. On March 25, 2010, the United States Bankruptcy Court for the Middle District of Tennessee granted Wyndham relief from the automatic stay and a copy of the Order granting Wyndham relief from the automatic stay is attached hereto as Exhibit A.

1