IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-00899 |
| ) | |
| TOA, LLC d/b/a THE OWNERS' ADVOCATE, ) | Judge Haynes |
| DAVID HUMPHREY ) | |
| a/k/a SCOTT DAVIDSON, ) | |
| KURT W. BARTLETT, ) | |
| and KAY METKO, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SHOW CAUSE WHY DEFENDANT DAVID HUMPHREY SHOULD NOT BE HELD IN CONTEMPT

Plaintiff, Wyndham Vacation Resorts, Inc. (the "Plaintiff" or "Wyndham"), submits this Motion to Show Cause Why Defendant David Humphrey ("Humphrey") Should Not Be Held in Contempt (the "Motion") and requests that this Court enter an order requiring Humphrey to show cause why he should not be held in contempt of court for his noncompliance with the Agreed Order for Permanent Injunction entered on November 10, 2010. [Docket Entry No. 185]. In support of this Motion, Wyndham submits a Memorandum of Law in Support filed contemporaneously herewith.

*ORDER*

*The Defendant has 10 days to respond to this motion.*

*[signature]*
*5-30-12*

N CHG 890107 v1
2903712-000009 05/23/2012

Case 3:09-cv-00899   Document 193   Filed 05/23/12   Page 1 of 2 PageID #: 1510
Case 3:09-cv-00899   Document 195   Filed 05/30/12   Page 1 of 1 PageID #: 1534